Marc C. Forsythe - State Bar No. 153854
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES, LLP**
17701 Cowan, Building D, Suite 210
Irvine, CA 92614
mforsythe@goeforlaw.com
cmanee@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Debtor John Olaf Halvorson

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>JOHN OLAF HALVORSON,<br><br><br>Debtor. | Case No. 8:15-bk-13556-SC<br><br>Chapter 7 Proceeding<br><br>**JOINDER TO CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST RICHARD BAEK, BAEK 153, LLC, PACIFIC COMMERCIAL GROUP, LLC, GRACE BAEK AND COREY TOLLIVER FOR FAILURE TO PARTICIPATE IN COURT-ORDERED MEDIATION IN GOOD FAITH AND ACTIONS THEREAFTER PURSUANT TO 11 U.S.C. SECTION 105, FEDERAL RULE OF BANKRUPTCY PROCEDURE 7016 AND LOCAL BANKRUPTCY RULE 1001-1(f); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF JEFFREY I. GOLDEN AND WENETA M.A. KOSMALA FILED IN SUPPORT THEREOF**<br><br>**HEARING**<br><br>**DATE:** [To Be Determined]<br>**TIME:** [To Be Determined]<br>**CTRM:** 5C<br>      411 West Fourth Street<br>      Santa Ana, California 92701<br>**JUDGE:**   Scott C. Clarkson |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DDA KEVIN DEMER, RICHARD BAEK, BAEK 153, LLC, PACIFIC COMMERCIAL GROUP, LLC, GRACE BAEK, COREY TOLLIVER AND CHRISTOPHER COYLE, AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on a date to be determined in Courtroom 5C of the Honorable Scott C. Clarkson, located at 411 West Fourth Street, Chapter 7 debtor John Olaf Halvorson ("Halvorson" or "Debtor") hereby gives notice of his Joinder in the following pleading, as though fully set forth and incorporated herein by this reference, as follows:

**"CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST RICHARD BAEK, BAEK 153, LLC, PACIFIC COMMERICAL GROUP, LLC, GRACE BAEK AND COREY TOLLIVER FOR FAILURE TO PARTICIPATE IN COURT-ORDERED MEDIATION IN GOOD FAITH AND ACTIONS THEREAFTER PURSUANT TO 11 U.S.C. SECTION 105, FEDERAL RULE OF BANKRUPTCY PROCEDURE 7016 AND LOCAL BANKRUPTCY RULE 1001-1(f); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF JEFFREY I. GOLDEN AND WENETA M.A. KOSMALA FILED IN SUPPORT THEREOF"**

See Dkt. No. 784.

**IF YOU DO NOT OPPOSE THIS JOINDER MOTION, YOU NEED TAKE NO FURTHER ACTION. IF YOU OPPOSE THE MOTION, YOU MUST FILE YOUR OPPOSITION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. YOU MUST SERVE A COPY OF YOUR OPPOSITION TO THE MOTION ON THE DEBTOR'S COUNSEL AT THE ADDRESS INDICATED IN THE UPPER LEFT-HAND CORNER OF THIS NOTICE, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 411 WEST FOURTH STREET, SUITE 7160, SANTA ANA, CA 92701-4500. ANY FAILURE TO TIMELY FILE AND SERVE OPPOSITIONS MAY RESULT IN ANY SUCH OPPOSITIONS BEING WAIVED.**

DATED:     June 30, 2025

Respectfully submitted,

**GOE FORSYTHE & HODGES, LLP**

By: /s/ *Marc C. Forsythe*
     Marc C. Forsythe,
     Attorneys for Debtor John Olaf Halvorson

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Building D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER TO CHAPTER 7 TRUSTEE'S MOTION FOR SANCTIONS AGAINST RICHARD BAEK, BAEK 153, LLC, PACIFIC COMMERCIAL GROUP, LLC, GRACE BAEK AND COREY TOLLIVER FOR FAILURE TO PARTICIPATE IN COURT-ORDERED MEDIATION IN GOOD FAITH AND ACTIONS THEREAFTER PURSUANT TO 11 U.S.C. SECTION 105, FEDERAL RULE OF BANKRUPTCY PROCEDURE 7016 AND LOCAL BANKRUPTCY RULE 1001-1(f); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATIONS OF JEFFREY I. GOLDEN AND WENETA M.A. KOSMALA FILED IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒        Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) June 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒        Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 30, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Overnight Mail:

The Honorable Scott C. Clarkson, USBC
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2025 | Danielle Cyrankowski | /s/ Danielle Cyrankowski |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Christopher C Barsness**    chris@irvinecounsel.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Peter W Bowie**    peter.bowie@dinsmore.com, caron.burke@dinsmore.com
- **Guillermo Cabrera**    gil@cabrerafirm.com
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com
- **David Coats**    dacoats@raslg.com
- **Christopher N Coyle**    chris@vbcattorneys.com, vbcattorney4@yahoo.com
- **Mark D Estle**    mdestle@estlelaw.com
- **Sean C Ferry**    sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com,
  mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- **Jeremy Freedman**    jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com
- **Jeffrey I Golden**    jgolden@go2.law,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
- **Steven J. Katzman**    skatzman@bklwlaw.com,
  1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Weneta M.A. Kosmala (TR)**    ecf.alert+Kosmala@titlexi.com,
  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
- **Kyle Kveton**    kyle@kvetonlaw.com, mecheverria@romalaw.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com,
  caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Jessica R MacGregor**    jmacgregor@longlevit.com, lmyers@longlevit.com
- **Jennifer M Macedo**    jennifer.macedo@gatewayonelending.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Ali Matin**    ali.matin@usdoj.gov
- **Carlos A Nevarez**    cnevarez@bklwlaw.com,
  1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Phillip Allan Trajan Perez**    trajan.perez@millernash.com
- **Faye C Rasch**    faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com
- **Corey B Tolliver**    ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Anne A Uyeda**    auyeda@bklwlaw.com,
  7657482420@filings.docketbird.com,docket@bklwlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

| | | |
|---|---|---|
| Thomas H Bienert | Lobel Weiland Golden | McEwen Gisvold LLP |
| Bienert Katzman PC | Friedman LLP | McEwen Gisvold LLP |
| 903 Calle Amanecer Ste 350 | 650 Town Center Dr Ste 950 | 1100 SW Sixth Ave, Ste 1600 |
| San Clemente, CA 92673 | Costa Mesa, CA 92626 | Portland, OR 97204 |

Kevin Demer
Lloyd District, North Neighborhood District Attorney
N/NE & Lloyd District
1200 SW 1st Avenue, Suite 5200
Portland, OR 97204

5