Steven Jay Katzman (SBN 132755)
skatzman@bklwlaw.com
Carlos A. Nevarez (SBN 324407)
cnevarez@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

Kyle Kveton (SBN 110805)
kyle@kvetonlaw.com
**LAW OFFICE OF KYLE KVETON**
680 E. Colorado Boulevard, Suite 180
Pasadena, California 91101
Telephone: (626) 770-5066

*Attorneys for Creditors*
Pacific Commercial Group, LLC, Baek Family Partnership, LLC,
Baek 124, LLC, Baek Holdings, LLC, Baek 153, LLC, RGJ Baek, LLC,
Richard Baek, and Grace Baek

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JOHN OLAF HALVORSON,<br><br>Debtor. | Case No.  8:15-bk-13556-SC<br><br>Chapter 7<br><br>**JOINT STIPULATION RE: MOTIONS FOR SANCTIONS (NO HEARING SCHEDULED)** |

The following stipulation is entered into by and between the following parties ("Parties") on the Motions for Sanctions ("Sanctions Motions"): Debtor John Halvorson ("Debtor"); Weneta M.A. Kosmala, Chapter 7 Trustee ("Trustee"); Dan Halvorson and Jerry Randall (the "Randall Parties"); Richard Baek, Grace Baek, Baek 153, LLC, Pacific Commercial Group, LLC, Baek Family Partnership, LLC; Baek 124, LLC, Baek Holdings, LLC and RGJ Baek, LLC (the "Baek Parties"); Corey Tolliver ("Tolliver") and Christopher Coyle ("Coyle"); and Deputy District Attorney Demer ("Kevin Demer" Specially Appearing, reserving objection to jurisdiction).

## RECITALS

A.      Pursuant to a Stipulation and Order of the Court approving the same: the deadline for filing the Sanctions Motions was no later than June 30, 2025; the deadline to meet and confer regarding a status conference statement regarding briefing schedule and discovery for the Sanctions Motions was extended to fourteen (14) days following the latest dated filing of any Sanctions Motion; and the deadline to file a status conference statement was set for seven (7) days following the meet and confer.  See Doc. 770 (Stipulation), Doc.771 (Order Approving Stipulation).

B.      On June 30, 2025, the Trustee and the Debtor filed their renewed Sanctions Motions and the Randall Parties filed their  Sanction Motion. *See* Docs. 784 ("Trustee's Sanction Motion"), 786 ("Debtor's Sanction Motion"), and 789 ("Randall  Parties' Sanction Motion")(collectively the "Movants").

C.      Pursuant to further stipulations, the deadline to meet and confer on the Sanctions Motions was extended to October 15, 2025.  *See* Doc. 781 (Stipulation), Doc. 782 (Order on Stipulation), Doc. 797 (Stipulation), Doc. 798 (Order on Stipulation).

D.      On October 14, 2025, the Parties, by and through their undersigned counsel, met and conferred and upon a proposed orderly discovery and motion schedule to address the proceeding and disposition of the Sanctions Motions.  Without waving rights,[1] the Parties determined that an orderly process for identifying the prior evidence each party desires to seek to admit and/or discovery the party seeks to elicit in support or opposition to the Sanctions Motions would be beneficial.  The Parties agreed that such a process will assist in identifying and addressing with the Court disputes on the use of such

---

[1] Certain parties specifically reserved the right to contest jurisdiction and/or whether the deadline to seek sanctions has lapsed, among others.

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

evidence and/or taking of additional discovery for purposes of narrowing and addressing such issues and disputes.

E.    As a result of the meet and confer, the Parties mutually agreed to the following schedule, deadlines and procedures for litigation of the Sanctions Motion.

## STIPULATION

1.    By no later than Monday, December 7, 2025, The Trustee and the Debtor will send to respondents Baek Parties, Tolliver, Coyle, Demer ("Respondents") and to the Randall Parties a list of exhibits and testimony they intend to use from discovery and evidence submitted in the subsequently vacated trials in Adversary Proceeding  cases 8:15-ap-1391and 8:15-ap-01454 (the "Unclean Hands Trial'). The list will be delineated into the following categories:

a.    Evidence introduced in the Unclean Hands Trial;

b.    Evidence produced but not introduced in the Unclean Hands Trial; and

c.    Evidence not produced in the Unclean Hands Trial and how the Trustee and/or Debtor intends to secure the same -

i.    Through Meet & Confer and Motion to Compel or

ii.    Discovery (Production, Deposition, etc). (collectively, the "Designations").

2.    On Wednesday, December 17, 2025, the Halvorson Parties will send to Respondents their additional Designations.

3.    On Tuesday, January 20, 2026, Respondents will identify which matters and or evidence they contest ("Objections") for admission and/or production in the Designations and submit their counter Designations (the "Counter Designations").

4.    On Tuesday, January 27, 2026, the Movants will submit to Respondents their Objections to the Counter Designations.

5.    The Designations and Counter-Designations will consist of a schedule and/or spreadsheet listing the document, testimony and/or proposed discovery, for each category, and will be accompanied by the corresponding document, transcript and/or request for discovery.

6.    By no later than Tuesday, February 3, 2026, the Parties will then meet and confer on issues related to the Designations, Counter Designations and Objections.

7.     By no later than Tuesday, February 10, 2026, the Parties will serve their Discovery and/or file any Motions to Compel ("MTC").

8.     Any MTC will not be scheduled for hearing until parties have had the opportunity to review Discovery and file Motions for Protective Orders (collectively with Motions to Compel, "Discovery Motions").

9.     By no later than Tuesday, February 24, 2026, Parties will file their Motions for Protective Orders.

10.     Discovery and Responses to Discovery not subject to Motions for Protective Orders will proceed in accordance with Federal Rules of Bankruptcy Procedure ("FRBP").

11.     Opposition to Discovery Motions will be due on Tuesday March 3, 2026, and Replies on Hearings on the Discovery Motions will take place on Tuesday, March 10, 2027.  Hearing will be set by Court for Tuesday, March 17, 2026, or other time convenient to the Court and Parties.

12.     Because of the limited nature of anticipated issues and the procedural order agreed to by the Parties, the Parties will request the Court find that this will suffice for the meet and confer requirement of FRBP 7206-1(c) and request the waiver of the discovery stipulation requirements of FRBP 7206-1(c)(3). The proposed timing for the Discovery Motions is dependent on the Court's position with respect to such request.

13.     Following resolution of discovery disputes and productions, the Parties will meet and confer on setting a schedule for filing of Motions for Summary Judgment or Adjudication ("Dispositive Motions").

14.     Nothing in this schedule prevents a party from filing a Dispositive Motion or other dispositive motion, such as a motion to dismiss a Respondent for lack of jurisdiction or because the timing for filing a sanctions motion against that party has elapsed.

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

Dated:  October 21, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By:  */s/ Steven J. Katzman*

Steven J. Katzman
Carlos A. Nevarez
*Attorneys for the Baek Parties*

Dated: October 21, 2025

**LAW OFFICE OF KYLE KVETON**

By:

Kyle Kveton
*Attorneys for the Baek Parties*

Dated:  October 21, 2025

**GOLDEN GOODRICH LLP**

By:

Jeffrey I. Golden
*Attorneys for Trustee, Weneta M.A. Kosmala*

Dated:  October 21, 2025

**GOE FORSYTHE & HODGES LLP**

By:

Marc Forsythe
*Attorneys for the Debtor*

Dated:  October 21, 2025

**DINSMORE & SHOHL LLP**

By:

Christopher Celentino
*Attorneys for the Randall Parties*

Dated:  October 21, 2025

**LONG & LEVIT LLP**

By:

Jessica R. MacGregor
*Attorneys for Corey Tolliver and
Christopher Coyle*

4

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

Dated: October 21, 2025       **BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By:_____
    Steven J. Katzman
    Carlos A. Nevarez
    *Attorneys for the Baek Parties*

Dated: October 21, 2025       **LAW OFFICE OF KYLE KVETON**

By:_____
    Kyle Kveton
    *Attorneys for the Baek Parties*

Dated: October 21, 2025       **GOLDEN GOODRICH LLP**

By:_____
    Jeffrey I. Golden
    *Attorneys for Trustee, Weneta M.A. Kosmala*

Dated: October 21, 2025       **GOE FORSYTHE & HODGES LLP**

By:_____
    Marc Forsythe
    *Attorneys for the Debtor*

Dated: October 21, 2025       **DINSMORE & SHOHL LLP**

By:_____
    Christopher Celentino
    *Attorneys for the Randall Parties*

Dated: October 21, 2025       **LONG & LEVIT LLP**

By:_____
    Jessica R. MacGregor
    *Attorneys for Corey Tolliver and
    Christopher Coyle*

4

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

Dated:  October 21, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By:_____
      Steven J. Katzman
      Carlos A. Nevarez
      *Attorneys for the Baek Parties*

Dated: October 21, 2025

**LAW OFFICE OF KYLE KVETON**

By:_____
      Kyle Kveton
      *Attorneys for the Baek Parties*

Dated:  October 21, 2025

**GOLDEN GOODRICH LLP**

By:_____
      Jeffrey I. Golden
      *Attorneys for Trustee, Weneta M.A. Kosmala*

Dated: October 21, 2025

**GOE FORSYTHE & HODGES LLP**

By:_____
      Marc Forsythe
      *Attorneys for the Debtor*

Dated:  October 21, 2025

**DINSMORE & SHOHL LLP**

By:_____
      Christopher Celentino
      *Attorneys for the Randall Parties*

Dated: October 21, 2025

**LONG & LEVIT LLP**

By:_____
      Jessica R. MacGregor
      *Attorneys for Corey Tolliver and*
      *Christopher Coyle*

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

Dated: October 21, 2025

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By:_____
    Steven J. Katzman
    Carlos A. Nevarez
    *Attorneys for the Baek Parties*

Dated: October 21, 2025

**LAW OFFICE OF KYLE KVETON**

By:_____
    Kyle Kveton
    *Attorneys for the Baek Parties*

Dated: October 21, 2025

**GOLDEN GOODRICH LLP**

By:_____
    Jeffrey I. Golden
    *Attorneys for Trustee, Weneta M.A. Kosmala*

Dated: October 21, 2025

**GOE FORSYTHE & HODGES LLP**

By:_____
    Marc Forsythe
    *Attorneys for the Debtor*

Dated: October 21, 2025

**DINSMORE & SHOHL LLP**

By:_____
    Christopher Celentino
    *Attorneys for the Randall Parties*

Dated: October 21, 2025

**LONG & LEVIT LLP**

By:_____
    Jessica R. MacGregor
    *Attorneys for Corey Tolliver and*
    *Christopher Coyle*

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

Dated: October 21, 2025

OREGON DEPARTMENT OF JUSTICE

By: _____
Seth T. Karpinski (Specially Appearing)
*Attorneys for Deputy District Attorney Demer*

JOINT STIPULATION RE: MOTIONS FOR SANCTIONS

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
903 Calle Amanecer, Suite 350, San Clemente, CA  92673.

A true and correct copy of the foregoing document entitled (specify): **JOINT STIPULATION RE: MOTIONS FOR SANCTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2025 | Elizabeth Garcia | /s/ Elizabeth Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTONIC FILING (NEF):**

Christopher C Barsness on behalf of Interested Party Christopher Barsness
chris@irvinecounsel.com

Reem J Bello on behalf of Defendant Dan L. Halvorson
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Defendant Jerry Ann Randall
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Defendant Weneta M.A. Kosmala
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Plaintiff Baek 153, LLP
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Plaintiff Pacific Commercial Group, LLC
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Plaintiff Richard Baek
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Plaintiff Weneta Kosmala
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Plaintiff Weneta M.A. Kosmala
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Reem J Bello on behalf of Trustee Weneta M.A. Kosmala (TR)
, kmurphy@goeforlaw.com

Reem J Bello on behalf of Trustee Weneta M.A. Kosmala (TR)
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Peter W Bowie on behalf of Creditor Dan L. Halvorson
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Creditor Jerry Ann Randall
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Defendant Jerry Ann Randall as Trustee of the Jerry Ann Randall Trust dated July 30, 2007
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Defendant Dan L. Halvorson
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Defendant Dan L. Halvorson
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Defendant Jerry Ann Randall
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Defendant Jerry Ann Randall
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Interested Party Dan L. Halvorson

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Peter W Bowie on behalf of Interested Party Jerry Ann Randall
peter.bowie@dinsmore.com, caron.burke@dinsmore.com

Guillermo Cabrera on behalf of Defendant Jerry Ann Randall as Trustee of the Jerry Ann Randall Trust dated July 30, 2007
gil@cabrerafirm.com

Guillermo Cabrera on behalf of Defendant Dan L. Halvorson
gil@cabrerafirm.com

Guillermo Cabrera on behalf of Defendant Dan L. Halvorson
gil@cabrerafirm.com

Guillermo Cabrera on behalf of Defendant Jerry Ann Randall
gil@cabrerafirm.com

Guillermo Cabrera on behalf of Defendant Jerry Ann Randall
gil@cabrerafirm.com

Christopher Celentino on behalf of Creditor Dan L. Halvorson
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Creditor Jerry Ann Randall
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Defendant Jerry Ann Randall as Trustee of the Jerry Ann Randall Trust dated July 30, 2007
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Defendant Dan L. Halvorson
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Defendant Dan L. Halvorson
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Defendant Jerry Ann Randall
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Defendant Jerry Ann Randall
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Interested Party Dan L. Halvorson
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Interested Party Jerry Ann Randall
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

Christopher Celentino on behalf of Plaintiff Hildreth LLC
christopher.celentino@dinsmore.com, caron.burke@dinsmore.com

David Coats on behalf of Creditor Towd Point Mortgage Trust 2019-2, U.S. Bank National Association, as Indenture Trustee
dacoats@raslg.com

Christopher N Coyle on behalf of Plaintiff Baek Holdings, LLC
chris@vbcattorneys.com, vbcattorney4@yahoo.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Mark D Estle on behalf of Creditor U.S. Bank National Association
mdestle@estlelaw.com

Sean C Ferry on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
sferry@raslg.com, sean.ferry7@ecf.courtdrive.com

Marc C Forsythe on behalf of Attorney Jonathan M Radmacher
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Attorney Marc C Forsythe
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Attorney Marc C Forsythe
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Counter-Claimant John Olaf Halvorson
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Debtor John Olaf Halvorson
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Debtor John Olaf Halvorson
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Dan L. Halvorson
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant Jerry Ann Randall
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant John O. Halvorson
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Defendant John Olaf Halvorson
mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Marc C Forsythe on behalf of Interested Party Marc C Forsythe

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                 F 9013-3.1.PROOF.SERVICE

mforsythe@goeforlaw.com,
mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com;ajohnston@goeforlaw.com

Jeremy Freedman on behalf of Creditor Dan L. Halvorson
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Jeremy Freedman on behalf of Creditor Jerry Ann Randall
jeremy.freedman@nelsonmullins.com, bonnie.connolly@dinsmore.com

Jeffrey I Golden on behalf of Attorney Golden Goodrich LLP
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Attorney Weiland Golden Goodrich LLP
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Defendant Weneta M.A. Kosmala
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Plaintiff Weneta Kosmala
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Plaintiff Weneta M. Kosmala
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Plaintiff Weneta M.A. Kosmala
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

Jeffrey I Golden on behalf of Trustee Weneta M.A. Kosmala (TR)
jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com

D Edward Hays on behalf of Defendant John Olaf Halvorson
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Steven J. Katzman on behalf of Creditor Baek 124th, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Baek 153, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Baek Ainsworth Property, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Steven J. Katzman on behalf of Creditor Baek Development, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Baek Family Partnership
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Baek Holdings, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Baek Uptown Property, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Pacific Commercial Group, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor RGJ Baek, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Grace Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Creditor Richard Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Baek 124, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Baek 153, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Baek Family Partnership, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Baek Holdings, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Pacific Commercial Group, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant RGJ Baek, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Dan L. Halvorson
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Grace Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Jerry Ann Randall
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Defendant Richard Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Interested Party Richard Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                            **F 9013-3.1.PROOF.SERVICE**

Steven J. Katzman on behalf of Plaintiff Baek 124th, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek 153 LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek 153, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek 153, LLP
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek Ainsworth Property, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek Development, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek Family Partnership
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek Holdings, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Baek Uptown Property, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Pacific Commercial Group LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Pacific Commercial Group, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff RGJ Baek, LLC
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Grace Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Richard Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Steven J. Katzman on behalf of Plaintiff Richard Baek
skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Weneta M.A. Kosmala (TR)
ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

Kyle Kveton on behalf of Counter-Defendant Grace Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek 124th, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek 153, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek Ainsworth Property, LLC

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek Development, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek Family Partnership
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek Holdings, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Baek Uptown Property, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Pacific Commercial Group, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor RGJ Baek, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Grace Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Creditor Richard Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Baek 124, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Baek 153, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Baek Family Partnership, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Baek Holdings, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Pacific Commercial Group, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant RGJ Baek, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Dan L. Halvorson
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Grace Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Jerry Ann Randall
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Defendant Richard Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek 124th, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Kyle Kveton on behalf of Plaintiff Baek 153 LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek 153, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek 153, LLP
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek Ainsworth Property, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek Development, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek Family Partnership
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek Holdings, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Baek Uptown Property, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Pacific Commercial Group LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Pacific Commercial Group, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Pacific Commercial Group, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff RGJ Baek, LLC
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Grace Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Richard Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Kyle Kveton on behalf of Plaintiff Richard Baek
kyle@kvetonlaw.com, mecheverria@romalaw.com

Yosina M Lissebeck on behalf of Interested Party Courtesy NEF
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Jessica R MacGregor on behalf of Attorney Christopher N. Coyle
jmacgregor@longlevit.com, lmyers@longlevit.com

Jessica R MacGregor on behalf of Attorney Christopher N. Coyle
jmacgregor@longlevit.com, lmyers@longlevit.com

Jessica R MacGregor on behalf of Attorney Corey Brent Tolliver
jmacgregor@longlevit.com, lmyers@longlevit.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jessica R MacGregor on behalf of Attorney Corey Brent Tolliver
jmacgregor@longlevit.com, lmyers@longlevit.com

Jennifer M Macedo on behalf of Creditor Gateway One Lending & Finance
jennifer.macedo@gatewayonelending.com

Charity J Manee on behalf of Attorney Charity J Miller
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Attorney Charity J Miller
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Counter-Claimant John Olaf Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Debtor John Olaf Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Dan L. Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant Jerry Ann Randall
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant John O. Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant John O. Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant John Olaf Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Defendant John Olaf Halvorson
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Charity J Manee on behalf of Interested Party Charity J Miller
cmanee@goeforlaw.com, kmurphy@goeforlaw.com

Ali Matin on behalf of Defendant Baek 124, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Defendant Baek 153, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Defendant Baek Family Partnership, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Defendant Baek Holdings, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Defendant Pacific Commercial Group, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Defendant RGJ Baek, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Defendant Grace Baek

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

ali.matin@usdoj.gov

Ali Matin on behalf of Defendant Richard Baek
ali.matin@usdoj.gov

Ali Matin on behalf of Interested Party Courtesy NEF
ali.matin@usdoj.gov

Ali Matin on behalf of Interested Party Ali Matin
ali.matin@usdoj.gov

Ali Matin on behalf of Plaintiff Baek 153 LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Plaintiff Baek 153, LLP
ali.matin@usdoj.gov

Ali Matin on behalf of Plaintiff Pacific Commercial Group LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Plaintiff Pacific Commercial Group, LLC
ali.matin@usdoj.gov

Ali Matin on behalf of Plaintiff Richard Baek
ali.matin@usdoj.gov

Carlos A Nevarez on behalf of Creditor Baek 124th, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor Baek 153, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor Baek Family Partnership
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor Baek Holdings, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor Pacific Commercial Group, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor RGJ Baek, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor Grace Baek
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Creditor Richard Baek
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Interested Party Courtesy NEF
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff Baek 124th, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff Baek 153, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Carlos A Nevarez on behalf of Plaintiff Baek Family Partnership
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff Baek Holdings, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff Pacific Commercial Group, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff RGJ Baek, LLC
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff Grace Baek
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Carlos A Nevarez on behalf of Plaintiff Richard Baek
cnevarez@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com

Phillip Allan Trajan Perez on behalf of Plaintiff Baek 153 LLC
trajan.perez@millernash.com

Phillip Allan Trajan Perez on behalf of Plaintiff Pacific Commercial Group LLC
trajan.perez@millernash.com

Phillip Allan Trajan Perez on behalf of Plaintiff Richard Baek
trajan.perez@millernash.com

Faye C Rasch on behalf of Interested Party Courtesy NEF
faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com

Faye C Rasch on behalf of Trustee Weneta M.A. Kosmala (TR)
faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com

Corey B Tolliver on behalf of Defendant John Olaf Halvorson
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

Corey B Tolliver on behalf of Defendant Marc C Forsythe
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

Corey B Tolliver on behalf of Interested Party Courtesy NEF
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

Corey B Tolliver on behalf of Trustee Weneta M.A. Kosmala (TR)
ctolliver@vital-enterprises.com, 4394866420@filings.docketbird.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Anne A Uyeda on behalf of Creditor Baek 153, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Creditor Baek Ainsworth Property, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Creditor Baek Development, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                            **F 9013-3.1.PROOF.SERVICE**

Anne A Uyeda on behalf of Creditor Baek Family Partnership
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Creditor Baek Uptown Property, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Baek 124, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Baek 153, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Baek Family Partnership, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Baek Holdings, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Pacific Commercial Group, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant RGJ Baek, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Grace Baek
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Defendant Richard Baek
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Interested Party Richard Baek
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Baek 124th, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Baek 153 LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Baek 153, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Baek 153, LLP
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Baek Family Partnership
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Baek Holdings, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Pacific Commercial Group LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Pacific Commercial Group, LLC
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff RGJ Baek, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Grace Baek
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

Anne A Uyeda on behalf of Plaintiff Richard Baek
auyeda@bklwlaw.com, 7657482420@filings.docketbird.com,docket@bklwlaw.com

- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.